IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DYNOCOM INDUSTRIES, INC., | § |
| | § |
| v. | § Case No. 2:16-CV-00553-JRG-RSP |
| | § |
| MAINLINE AUTOMOTIVE EQUIPMENT PTY. LTD. T/A MAINLINE DYNOLOG DYNAMOMETERS, et al. | § § § § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 14, 2017 (Dkt. No. 45) recommending that Defendants' motion to dismiss for failure to state a claim (Dkt. No. 17) be denied. No objections have been filed.

Accordingly, the Recommendation is ADOPTED. Defendants' motion to dismiss for failure to state a claim (Dkt. No. 17) is DENIED.

**So ORDERED and SIGNED this 21st day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE