# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DYNOCOM INDUSTRIES, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MAINLINE AUTOMOTIVE** ) <br> **EQUIPMENT PTY. LTD.** ) <br> **t/a MAINLINE DYNOLOG** ) <br> **DYNAMOMETERS;** ) <br> **DEDICATED MOTORSPORTS** ) <br> **SOLUTIONS, LLC;** ) <br> **T1 RACE DEVELOPMENT; and,** ) <br> **POWERFAB AUTOMOTIVE,** ) <br> ) <br> **Defendants.** ) | Civ. Action No. 2:16-cv-553-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Joint Motion for Dismissal with Prejudice of all claims asserted between Plaintiff Dynocom Industries, Inc. ("Dynocom" or "Plaintiff"), and Defendants Mainline Automotive Equipment Pty., Ltd. t/a Mainline Dynolog Dynamometers ("Mainline"), Dedicated Motorsports Solutions, LLC ("Dedicated Motorsports"), T1 Race Development ("T1"), and Powerfab Automotive ("Powerfab") (collectively with Mainline, Dedicated Motorsports, T1 and Powerfab, "Defendants"), the Joint Motion for Dismissal with Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in the suit between Plaintiff and Defendants, are hereby dismissed with prejudice.

It is further ORDERED, ADJUDGED AND DECREED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 22nd day of March, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE